# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-3045**                     **September Term, 2020**

**1:18-cr-00013-RC-1**

**Filed On:** April 9, 2021

In re: Sealed Case,

**BEFORE:**    Tatel, Pillard, and Walker, Circuit Judges

# UNDER SEAL JUDGMENT NOT AVAILABLE TO THE PUBLIC